# FARNAN LLP

November 10, 2017

Via E-Filing
The Honorable Gregory M. Sleet
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Room 4324, Unit 19
Wilmington, DE 19801-3569

**Re:** *Bristol-Myers Squibb co., et al. v. Genentech, Inc.*, **C.A. No. 17-cv-1027-GMS;**

*Bristol-Myers Squibb co., et al. v. AstraZeneca Pharmaceuticals LP and AstraZeneca UK Ltd.*, **C.A. No. 17-cv-1028-GMS; and**

*Bristol-Myers Squibb co., et al. v. EMD Serono, Inc., et al.*, **C.A. No. 17-cv-1029-GMS**

Dear Judge Sleet:

    I write on behalf of all parties in the above cases concerning the Rule 16 Scheduling Conferences. In view of the fact that the parties have largely agreed to a coordinated discovery schedule across the three cases, the parties jointly respectfully request that the Court set a single combined Scheduling Conference for the three above cases.

Respectfully,

/s/ Brian E. Farnan

Brian E. Farnan

cc: All Counsel of Record (via E-Filing)